**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**WILLIE EARL PERKINS**                                               **PLAINTIFF**

**V.**                                       **NO. 4:26-CV-106-DMB-JMV**

**SW GAMING LLC d/b/a Harlow's
Casino Resort & Spa; CHURCHILL
DOWNS INCORPORATED; and
JOHN DOE MANUFACTURERS 1-10**              **DEFENDANTS**

## RECUSAL ORDER

The undersigned district judge recuses from this case. The Clerk of the Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 30th day of July, 2026.

**/s/Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**
