**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**WILLIE EARL PERKINS** **PLAINTIFF**

**VS.** **CIVIL ACTION NO.: 4:26-cv-106-RPC-JMV**

**SW GAMING, LLC, ET AL.** **DEFENDANTS**

**SUA SPONTE ORDER**

This matter is before the court sua sponte in light of Plaintiff's motion for leave to file first amended complaint [Doc. 27], filed on November 19, 2026. The Court, having considered the motion, finds that it is internally inconsistent. The motion is styled, "Plaintiff's Unopposed Motion for Leave to File First Amended Complaint," but in paragraph nine, Plaintiff avers as follows:

> Counsel for Plaintiff has conferred with counsel for SW Gaming regarding this motion. SW Gaming does not approve the relief requested.

[Doc. 27] at ¶9.

Accordingly, the Court does not intend to take up Plaintiff's motion for leave to file first amended complaint [Doc. 27] until such time as the internal inconsistencies are clarified on the docket.

**SO ORDERED**, this, the 20th day of November, 2026.

/s/ Jane M. Virden

**UNITED STATES MAGISTRATE JUDGE**